

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00569-CR

**IN RE** Reynaldo **RODRIGUEZ, JR.**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:  Rebeca C. Martinez, Chief Justice
          Irene Rios, Justice
          Lori I. Valenzuela, Justice

Delivered and Filed: September 11, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On August 26, 2024, relator filed a petition for a writ of mandamus. This court has determined the relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 2016-CI-05227, styled *State of Texas v. Reynaldo Rodriguez, Jr.*, in the 38th Judicial District Court, Uvlade County, Texas, the Honorable Camile Glasscock Dubose presiding.